### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ONEX, INC., | ) |
| *Plaintiff*, | ) |
| | ) CIVIL ACTION - LAW |
| v. | ) |
| | ) NO. 1:18-cv-167 |
| RATH USA INCORPORATED, | ) |
| | ) |
| *Defendant.* | ) |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO FED R. CIV. P. 41(a)

Plaintiff Onex, Inc., by its attorneys at the Mizner Law Firm, and Defendants Rath USA Inc., by their respective counsel, hereby stipulate to the dismissal of all claims against all Defendants.

Respectfully submitted,

MIZNER LAW FIRM

By: /s/ John F. Mizner

John F. Mizner
PA Bar No. 53323
jfm@miznerfirm.com

311 West Sixth Street
Erie, Pennsylvania 16507
(814) 454-3889

*Attorneys for the Plaintiff*

**Agreed**:

GARIBIAN LAW OFFICES, P.C.

By: /s/ Antranig Garibian

Antranig Garibian, Esq.

1800 John F. Kennedy Boulevard
Suite 300
Philadelphia, Pennsylvania 19103
(215) 326-9179
*Attorneys for Defendant Rath USA Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ONEX, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION - LAW |
| v. ) | |
| ) | NO. 1:18-cv-167 |
| RATH USA INCORPORATED, ) | |
| ) | |
| *Defendant.* ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, the foregoing Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

/s/ John F. Mizner
John F. Mizner